UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| **In re Terrorist Attacks on September 11, 2001** | **As relates to: 03 MDL 1570 (GBD)(SN)** |
|---|---|
| Henry Acker<br>Robert Albano<br>Dmitri Arshavsky<br>Ramiro Ayala<br>Olanrewaju Ayinde<br>Waldemar Balcer<br>Albert Benzaquen<br>John Bosee<br>Michael Brumer<br>Richard Burban<br>Peter Carretta<br>Beatriz Carvajal<br>Dewayne Catterton<br>Jerzy Choromanski<br>Miroslaw Chrostowski<br>Paul Dantona<br>Michael Dee<br>Michael Delfino<br>Joseph Delre<br>Jerzy Drazek<br>James Eisert<br>Gregory Elyashkevich<br>Ricardo Espinoza<br>Doretta Fabbri<br>George Freyre<br>Julia Giambrone<br>Jan Glowczynski<br>Landon Goodleaf<br>Anna Gorska<br>David Green<br>Rafael Hernandez<br>Martha Hoyos<br>Krystyna Huryn<br>Janusz Huss<br>Maritza Iglesia<br>James Impastato<br>Gwendolyn James<br>Tomar Johnson | **Civil Docket Number:**<br><br><br><br>**SHORT FORM COMPLAINT AND DEMAND FOR TRIAL BY JURY**<br><br><br><br>**ECF CASE** |

1

| |  |
|---|---|
| Roman Kaczowska<br>Dennis Kelly<br>Shaukat Khan<br>Janusz Kowalewski<br>Sylwester Kurpiewski<br>Wladyslaw Kwasnik<br>Richard Lee<br>Lawrence Levine<br>Gerald Logan<br>Janusz Maciejaszek<br>Robert Marchak<br>Francisca Martinez<br>Jerzy Maslinski<br>Robert Mauceri<br>Zelma Ann Mckenzie- Singleton<br>Dinorah Mejia<br>Peter Mikes<br>Corenelius Miles<br>Lorraine Miller<br>Oleksiy Miroshnychenko<br>Maria Moreno<br>Khalil Mrabet<br>Wieslaw Mroz<br>Andrzej Mulka<br>Alexandra Muszak<br>Nancy Nina<br>Dariusz Nosorowski<br>Andrew Obszanski<br>Luis O'Campo<br>Loretta O'Donnell<br>Bogumil Olszewski<br>Arkadiusz Orlowski<br>Brewster Paley<br>Fern Parness<br>Vincent Pastore<br>Mario Persichilli<br>Irena Perzynska<br>Hanna Pieczynska<br>Rudolf Pisarcik<br>Henry Podkowa<br>Delfin Polanco<br>Larysa Prokhna<br>Joseph Rabito<br>Anthony Rafaniello | |

| |
|---|
| Rajka Rajacic |
| Candida Perdomo Ramirez |
| Vidalilia Maria Gomez Ramirez |
| Dalila Ramos |
| Eileen Rawlinson |
| David Rivera |
| Joseph Rizzo |
| Wanda Roguso-Sheehan |
| Volodymyr Romanchuk |
| Waldemar Ropel |
| James Rossiter |
| Lara Roth-Biester |
| Adam Rozanski |
| Piotr Rzasa |
| Robert Rzasa |
| Eva Salapa-Dawdo |
| Demetrius Samad Jopoulos |
| Maria Sander |
| Eric Schnellbacher |
| Samuel Taylor Seawright |
| Esardai S. Sewdass |
| Daniel Shaufler |
| Tomasz Siemiatkowski |
| Zanon Skardow |
| Eugeniusz Skrzeczkowski |
| Zbigniew Sosnowski |
| Mieczyslaw Sowa |
| Jerzy Stefanski |
| Jan Strohbach |
| Waldemar Strojek |
| Zbyszek Szalaj |
| Andrzej Szplitgejber |
| Deighton Cleve Taylor |
| Jozef Terejko |
| Silvia Tineo |
| Krzysztof Turowski |
| Jacek Tyminski |
| Mykola Uglyk |
| Zdzislaw Usewicz |
| Rosa Valentin |
| Michael Valentino |
| Mykhaylo Vynar |
| Michael Wade |
| Thomas Warner |

| | |
|---|---|
| Robert W. Warrington<br>Leslie E. Weinberg<br>Melvin Weiner<br>Jan Welenc<br>Antoni Wilinski<br>Melvyn Richard Williams<br>Bogumil Wojcicki<br>Jan Wojdyla<br>Ephanis Wright<br>Dariusz Wyszomirski<br>Robert Yuknavech<br>Boguslaw Zalewski<br>Victor Zapata<br>Volodymyr Zarytskyy<br>David Zimmer<br>Nadir Zouak<br>Miroslav Zuscak<br>Marialisa Zywotchenko<br><br>              **PLAINTIFFS,**<br><br>**V.**<br><br>**KINGDOM OF SAUDI ARABIA;**<br>**SAUDI HIGH COMMISSION FOR**<br>**RELIEF OF BOSNIA &**<br>**HERZEGOVINA**<br><br>              **DEFENDANTS** | |

## SHORT FORM COMPLAINT AND DEMAND FOR TRIAL BY JURY

Plaintiff(s) file(s) this *Short Form Complaint and Demand for Trial by Jury* against Defendants named herein by and through the undersigned counsel. Plaintiff(s) incorporate(s) by reference the specific allegations, as indicated below, of Plaintiffs' *Consolidated Amended Complaint* as to the Kingdom of Saudi Arabia ("Kingdom" or "Saudi Arabia") and the Saudi

High Commission for Relief of Bosnia & Herzegovina ("the SHC") and *Demand for Jury Trial* in *In Re: Terrorist Attacks on September 11, 2001, 03* MDL 1570 in the United States District Court for the Southern District of New York (hereinafter "the CAC"). Plaintiff(s) file(s) this *Short Form Complaint and Demand for Jury Trial* as permitted and approved by the Court's Order of May 3, 2017, ECF No. 3 5 4 3 .

## VENUE

1. Venue in this district is proper pursuant to 28 U.S.C. §§ 1391(b)(2) and 1391(f)(1), as a substantial part of the events giving rise to the claims asserted herein occurred in this district. Venue is also proper in this district pursuant to 18 U.S.C. § 2334(a).

## JURISDICTION

2. Jurisdiction, is as asserted in the CAC, and further, jurisdiction of the within *Short Form Complaint* is premised upon and applicable to all defendants in this action:

    ☒ 28 U.S.C. § 1605(a)(5) (non-commercial tort exception)

    ☒ 28 U.S.C. § 1605B (Justice against Sponsors of Terrorism Act)

    ☐ Other: (set forth below the basis of any additional ground for jurisdiction and plead such in sufficient detail as per the FRCP): _____

    _____

    _____

## CAUSES OF ACTION

3. Plaintiff(s) hereby adopt(s) and incorporate(s) by reference, the CAC as if set forth fully herein.

4. Furthermore, the following claims and allegations are asserted by Plaintiff(s) and are herein adopted by reference from the CAC:

- ☒ Aiding and Abetting and Conspiring with al Qaeda to Commit the September 11th Attacks Upon the United States in Violation of 18 U.S.C. § 2333(d) (JASTA)

- ☒ Aiding and Abetting and Conspiring with al Qaeda to Commit the September 11th Attacks Upon the United States in Violation of 18 U.S.C. § 2333(a)

- ☒ Committing Acts of International Terrorism in Violation of 18 U.S.C. § 2333

- ☒ Wrongful Death, as applicable to a claim for such

- ☒ Survival

- ☒ Alien Tort Claims Act

- ☒ Assault and Battery

- ☒ Conspiracy

- ☒ Aiding and Abetting

- ☒ Intentional Infliction of Emotional Distress

- ☒ Liability Pursuant to Restatement (Second) of Torts § 317 and Restatement (Third) of Agency § 7.05: Supervising Employees and Agents

- ☒ Liability Pursuant to Restatement (Second) of Torts § 317 and Restatement (Third) of Agency § 7.05: Hiring, Selecting, and Retaining Employees and Agents

- ☒ 18 U.S.C. § 1962(a)-(d) – CIVIL RICO

☒ Trespass

☒ Punitive Damages

☐ Plaintiff assert(s) the following additional theories and/or Causes of Action against the Defendants: _____

## **IDENTIFICATION OF PLAINTIFFS**

5. The following allegations and information contained herein, is alleged as to each individual who is bringing this claim, as indicated on Appendix 1 to this *Short Form Complaint*, and/or as to each decedent who was injured and who is now deceased, whose claim is brought by the Estate representative, and as to the survivors of the Estate, herein referred to as "Plaintiffs."

    a. The citizenship/nationality of said Plaintiff is indicated at Appendix 1 to this Short Form Complaint.

    b. Said Plaintiff is entitled to recover damages on the causes of action set forth in this Complaint.

    c. As indicated at Appendix 1, said Plaintiff was injured as a result of the terrorist attacks of September 11, 2001; is the estate representative of someone who was injured as a result of the terrorist attacks of September 11, 2001 and who is now deceased, or is a survivor of someone who was injured as a result of the terrorist attacks of September 11, 2001 and who is now deceased.

    d. For those plaintiffs with injury claims, as indicated in Appendix 1, on or after September 11, 2001, said Plaintiff was present at the Pentagon and/or the World

7

Trade Center site and/or its surroundings and/or lower Manhattan and/or at an area wherein he/she was exposed to toxins as a result of the terrorist attacks and was exposed to toxins from the attacks, and/or was otherwise injured, and/or as otherwise alleged: _____.

e. As a direct, proximate and foreseeable result of Defendants' actions or inactions, Plaintiff suffered bodily injury and/or death, and consequently economic and other losses, including but not limited to pain and suffering, emotional distress, psychological injuries, and loss of enjoyment of life, and as otherwise described in the CAC, and/or as otherwise may be specified in subsequent pleadings and/or discovery proceedings, and/or as otherwise alleged herein:_____.

f. The name, relationship to the injured 9/11 victim, residency, citizenship/nationality, and the general nature of the claim for each plaintiff is listed on the attached Appendix 1, and is incorporated herein as allegations, with all allegations of the within *Short Form Complaint* deemed alleged as to each plaintiff.

**IDENTIFICATION OF THE DEFENDANTS**

6. The following entities are Defendants herein:

☒ Kingdom of Saudi Arabia

☒ Saudi High Commission for Relief of Bosnia & Herzegovina

Plaintiffs' constituent case, if applicable, and this *Short Form Complaint* shall be

deemed subject to any motion to dismiss the CAC or Answer to the CAC filed by Saudi Arabia or the SHC. By way of filing this *Short Form Complaint*, plaintiffs shall not be deemed to have adopted any class-action allegations set forth in the CAC or waived any right to object to class certification or opt out of any certified class. This *Short Form Complaint* also does not serve as a request for exclusion from any class that the Court may certify.

**WHEREFORE**, Plaintiff(s) pray(s) for relief and judgment against Defendants as set forth in the CAC as appropriate.

## JURY DEMAND

Plaintiff(s) hereby demand(s) a trial by jury as to the claims in this action.

Dated: August 1, 2018

Respectfully Submitted on behalf of the Plaintiffs:

By: Robert A. Grochow, Esq.   (RG1890)
The Fuchsberg-Cannata Law Firms
GREGORY J. CANNATA & ASSOCIATES, LLP
60 East 42nd Street, Suite 932
New York, NY 10165
Tel: 212-552-9205
Fax: 212-227-4141
Gregory J. Cannata, Esq.: cannata@cannatalaw.com
Robert A. Grochow, Esq.: rgrochow@aol.com

and

_____s/_____
By: Alan J. Fuchsberg, Esq.
The Fuchsberg-Cannata Law Firms
JACOB FUCHSBERG LAW FIRM
500 Fifth Avenue, 45th Floor
New York, NY 10110
Tel: 212-869-3500
Fax: 212-398-1532
Alan Fuchsberg, Esq: a.fuchsberg@fuchsberg.com

                          Bradley Zimmerman, Esq.:
                          b.zimmerman@fuchsberg.com
                                Counsel for Plaintiff(s)

Defendants:
**KINGDOM OF SAUDI ARABIA**
c/o Michael K. Kellogg, Esq.
Kellogg, Hansen, Todd, Figel &
 Frederick, P.L.L.C
*Attorneys for Kingdom of Saudi Arabia*
1615 M Street N.W. Suite 400
Washington, DC 20036-3215
Tel#: 202-326-7900

**SAUDI HIGH COMMISSION FOR RELIEF
OF BOSNIA & HERZEGOVINA**
c/o Roy T. Englert, Jr., Esq.
Robbins, Russell, Englert, Orseck, Untereiner &
Sauber, LLP
Attorneys for Saudi High Commission for Relief of
Bosnia & Herzegovina
1801 K Street N.W. Suite 411L
Washington, DC 20006
Tel#: 202-775-4503

**APPENDIX 1 TO THE SHORT FORM COMPLAINT DATED August 1, 2018**

Each line below is deemed an allegation, incorporating the allegations, language and references within the *Short Form Complaint* to which this Appendix is appended, and shall be referenced as Allegation 1 of Appendix 1 to the *Short Form Complaint*, Allegation 2 of Appendix 1 to the *Short Form Complaint*, etc.)

*PI = Personal Injury; WD = Wrongful Death; SO = Solatium;

|  | PLAINTIFF(S) NAME IN ALPHABETICAL ORDER OF LAST NAME OF INJURED PERSON | | Relationship to Injured 9/11 Victim | State of Residency at Filing | Country of Citizenship/ Nationality on 9/11/2001 | General Nature of Claim Asserted* |
|---|---|---|---|---|---|---|
| 1 | Henry | Acker | Self | New York | United States | PI |
| 2 | Robert | Albano | Self | New York | United States | PI |
| 3 | Dmitri | Arshavsky | Self | New York | United States | PI |
| 4 | Ramiro | Ayala | Self | New York | United States | PI |
| 5 | Olanrewaju | Ayinde | Self | Nigeria | Nigeria | PI |
| 6 | Waldemar | Balcer | Self | New York | Poland | PI |
| 7 | Albert | Benzaquen | Self | New York | United States | PI |
| 8 | John | Bosee | Self | Connecticut | United States | PI |
| 9 | Michael | Brumer | Self | New York | United States | PI |
| 10 | Richard | Burban | Self | New York | United States | PI |
| 11 | Peter | Carretta | Self | New York | United States | PI |
| 12 | Beatriz | Carvajal | Self | New York | United States | PI |
| 13 | Dewayne | Catterton | Self | Indiana | United States | PI |
| 14 | Jerzy | Choromanski | Self | New York | Poland | PI |
| 15 | Miroslaw | Chrostowski | Self | New York | United States | PI |
| 16 | Paul | Dantona | Self | New York | United States | PI |
| 17 | Michael | Dee | Self | New York | United States | PI |
| 18 | Michael | Delfino | Self | New York | United States | PI |
| 19 | Joseph | Delre | Self | New York | United States | PI |
| 20 | Jerzy | Drazek | Self | New York | Poland | PI |
| 21 | James | Eisert | Self | New York | United States | PI |
| 22 | Gregory | Elyashkevich | Self | New York | United States | PI |

| | | | | | | |
|---|---|---|---|---|---|---|
| 23 | Ricardo | Espinoza | Self | New York | Colombia | PI |
| 24 | Doretta | Fabbri | Self | New York | United States | PI |
| 25 | George | Freyre | Self | New York | United States | PI |
| 26 | Julia | Giambrone | Self | Connecticut | United States | PI |
| 27 | Jan | Glowczynski | Self | New York | Poland | PI |
| 28 | Landon | Goodleaf | Self | Canada | Canada and United States | PI |
| 29 | Anna | Gorska | Self | New York | Poland | PI |
| 30 | David | Green | Self | New York | United States | PI |
| 31 | Rafael | Hernandez | Self | Florida | United States | PI |
| 32 | Martha | Hoyos | Self | New York | Colombia | PI |
| 33 | Krystyna | Huryn | Self | New York | United States and Poland | PI |
| 34 | Janusz | Huss | Self | New York | Poland | PI |
| 35 | Maritza | Iglesia | Self | New York | United States | PI |
| 36 | James | Impastato | Self | New Jersey | United States | PI |
| 37 | Gwendolyn | James | Self | New York | United States | PI |
| 38 | Tomar | Johnson | Self | New York | United States | PI |
| 39 | Roman | Kaczowska | Self | New York | United States and Poland | PI |
| 40 | Dennis | Kelly | Self | New Jersey | United States | PI |
| 41 | Shaukat | Khan | Self | New York | Pakistan | PI |
| 42 | Janusz | Kowalewski | Self | Poland | Poland and Canada | PI |
| 43 | Sylwester | Kurpiewski | Self | New York | Poland | PI |
| 44 | Wladyslaw | Kwasnik | Self | New York | United States and Poland | PI |
| 45 | Richard | Lee | Self | New York | United States | PI |
| 46 | Lawrence | Levine | Self | New York | United States | PI |
| 47 | Gerald | Logan | Self | New York | United States | PI |
| 48 | Janusz | Maciejasiek | Self | New Jersey | Poland | PI |
| 49 | Janusz | Maciejaszek | Self | New Jersey | Poland | PI |
| 50 | Robert | Marchak | Self | New Jersey | United States | PI |
| 51 | Francisca | Martinez | Self | New York | Honduras | PI |
| 52 | Jerzy | Maslinski | Self | New York | Poland | PI |
| 53 | Robert | Mauceri | Self | New York | United States | PI |
| 54 | Zelma Ann | Mckenzie-Singleton | Self | South Carolina | United States | PI |

| | | | | | | |
|---|---|---|---|---|---|---|
| 55 | Dinorah | Mejia | Self | New York | Dominican Republic | PI |
| 56 | Peter | Mikes | Self | New York | United States | PI |
| 57 | Corenelius | Miles | Self | New York | United States | PI |
| 58 | Lorraine | Miller | Self | New York | United States | PI |
| 59 | Oleksiy | Miroshnychenko | Self | New York | Ukrainian | PI |
| 60 | Maria | Moreno | Self | New york | Colombia | PI |
| 61 | Khalil | Mrabet | Self | New York | United States | PI |
| 62 | Wieslaw | Mroz | Self | New York | Poland | PI |
| 63 | Andrzej | Mulka | Self | New York | Poland | PI |
| 64 | Alexandra | Muszak | Self | New York | United States and Poland | PI |
| 65 | Nancy | Nina | Self | New York | Dominican Republic | PI |
| 66 | Dariusz | Nosorowski | Self | Poland | Poland | PI |
| 67 | Andrew | Obszanski | Self | New York | United States | PI |
| 68 | Luis | O'Campo | Self | New York | United States | PI |
| 69 | Loretta | O'Donnell | Self | New Jersey | United States | PI |
| 70 | Bogumil | Olszewski | Self | Poland | Poland | PI |
| 71 | Arkadiusz | Orlowski | Self | New York | Poland | PI |
| 72 | Brewster | Paley | Self | New York | United States | PI |
| 73 | Fern | Parness | Self | New York | United States | PI |
| 74 | Vincent | Pastore | Self | New York | United States | PI |
| 75 | Mario | Persichilli | Self | New York | Italy | PI |
| 76 | Irena | Perzynska | Self | New York | Poland | PI |
| 77 | Hanna | Pieczysnka | Self | New York | United States and Poland | PI |
| 78 | Rudolf | Pisarcik | Self | New York | Slovakia | PI |
| 79 | Henry | Podkowa | Self | New Jersey | Poland | PI |
| 80 | Delfin | Polanco | Self | New York | Dominican Republic | PI |
| 81 | Larysa | Prokhna | Self | New York | Ukranian | PI |
| 82 | Joseph | Rabito | Self | New York | United States | PI |
| 83 | Anthony | Rafaniello | Self | New Jersey | United States | PI |
| 84 | Rajka | Rajacic | Self | New York | Yugoslavia | PI |
| 85 | Candida Perdomo | Ramirez | Self | New York | Dominican Republic | PI |

| | | | | | | |
|---|---|---|---|---|---|---|
| 86 | Vidalilia Maria Gomez | Ramirez | Self | Florida | Colombia | PI |
| 87 | Dalila | Ramos | Self | New York | United States | PI |
| 88 | Eileen | Rawlinson | Self | New York | United States | PI |
| 89 | David | Rivera | Self | New York | United States | PI |
| 90 | Joseph | Rizzo | Self | New Jersey | United States and Italy | PI |
| 91 | Wanda | Roguso-Sheehan | Self | New York | United States | PI |
| 92 | Volodymyr | Romanchuk | Self | New York | Ukrainian | PI |
| 93 | Waldemar | Ropel | Self | New York | United States | PI |
| 94 | James | Rossiter | Self | New York | United States | PI |
| 95 | Lara | Roth-Biester | Self | New York | United States | PI |
| 96 | Adam | Rozanski | Self | New York | Poland | PI |
| 97 | Piotr | Rzasa | Self | New York | Poland | PI |
| 98 | Robert | Rzasa | Self | New York | Poland | PI |
| 99 | Eva | Salapa-Dawdo | Self | New York | United States and Poland | PI |
| 100 | Maria | Sander | Self | New York | United States | PI |
| 101 | Eric | Schnellbacher | Self | New Jersey | United States | PI |
| 102 | Samuel Taylor | Seawright | Self | New York | United States | PI |
| 103 | Esardai S. | Sewdass | Self | New York | United States | PI |
| 104 | Daniel | Shaufler | Self | Pennsylvania | United States | PI |
| 105 | Zanon | Skardow | Self | New York | Poland | PI |
| 106 | Eugeniusz | Skrzeczkowski | Self | New York | United States | PI |
| 107 | Zbigniew | Sosnowski | Self | New York | Poland | PI |
| 108 | Mieczyslaw | Sowa | Self | New York | Poland | PI |
| 109 | Jerzy | Stefanski | Self | New York | Poland | PI |
| 110 | Jan | Strohbach | Self | New York | Poland | PI |
| 111 | Waldemar | Strojek | Self | New York | Poland | PI |
| 112 | Zbyszek | Szalaj | Self | New York | Poland | PI |
| 113 | Deighton Cleve | Taylor | Self | New York | United States | PI |
| 114 | Jozef | Terejko | Self | New York | Poland | PI |
| 115 | Silvia | Tineo | Self | New York | United States | PI |
| 116 | Krzysztof | Turowski | Self | New York | Poland | PI |
| 117 | Jacek | Tyminski | Self | New York | Poland | PI |
| 118 | Mykola | Uglyk | Self | New York | United States | PI |
| 119 | Zdzislaw | Usewicz | Self | New York | Poland | PI |

| 120 | Michael | Valentino | Self | New York | United States | PI |
| 121 | Mykhaylo | Vynar | Self | New York | Ukranian | PI |
| 122 | Michael | Wade | Self | New York | United States | PI |
| 123 | Thomas | Warner | Self | Florida | United States | PI |
| 124 | Robert W. | Warrington | Self | New York | United States | PI |
| 125 | Leslie E. | Weinberg | Self | New York | United States | PI |
| 126 | Melvin | Weiner | Self | New Jersey | United States | PI |
| 127 | Jan | Welenc | Self | New York | United States and Poland | PI |
| 128 | Antoni | Wilinski | Self | Poland | Poland | PI |
| 129 | Melvyn Richard | Williams | Self | United Kingdom | Britain | PI |
| 130 | Bogumil | Wojcicki | Self | New York | Poland | PI |
| 131 | Ephanis | Wright | Self | New York | United States | PI |
| 132 | Dariusz | Wyszomirski | Self | New York | Poland | PI |
| 133 | Robert | Yuknavech | Self | New York | United States | PI |
| 134 | Boguslaw | Zalewski | Self | New York | Poland | PI |
| 135 | Victor | Zapata | Self | Colombia | Colombia | PI |
| 136 | Volodymyr | Zarytskyy | Self | New York | Ukrainian | PI |
| 137 | David | Zimmer | Self | New Jersey | United States | PI |
| 138 | Nadir | Zouak | Self | New Jersey | United States | PI |
| 139 | Miroslav | Zuscak | Self | New York | Slovakia | PI |
| 140 | Marialisa | Zywotchenko | Self | New York | United States | PI |