AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Henry Acker, et al. <br><br> *Plaintiff(s)* <br> v. <br> KINGDOM OF SAUDI ARABIA; SAUDI HIGH COMMISSION FOR RELIEF OF BOSNIA & HERZEGOVINA <br><br> *Defendant(s)* | Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* KINGDOM OF SAUDI ARABIA c/o Kellogg, Hansen, Todd, Figel & Frederick,P.L.L.C. 1615 M Street N.W. Suite 400, Washington, DC 20036-3215 and SAUDI HIGH COMMISSION FOR RELIEF OF BOSNIA & HERZEGOVINA c/o Robbins, Englert, Oresck, Untereiner & Sauber, LLP, 1801 K Street N.W. Suite 411L Washington, DC 20006

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Gregory J. Cannata & Associates, LLP and The Jacob Fuchsberg Law Firm;
60 East 42 Street, Suite 932 New York, NY 10165  212-553-9205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____      _____
*Signature of Clerk or Deputy Clerk*