IH-32

Rev: 2014-1

# United States District Court
for the
## Southern District of New York
### Related Case Statement

Full Caption of Later Filed Case:

Henry Acker, et al.

| Plaintiff | Case Number |
|---|---|
| vs. | 18 cv 6922 |
| KINGDOM OF SAUDI ARABIA; SAUDI HIGH COMMISSION FOR RELIEF OF BOSNIA & HERZEGOVINA | |
| Defendant | |

Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

In re Terrorist Attacks on September 11, 2001

| Plaintiff | Case Number |
|---|---|
| vs. | 03 MDL 1570 (GBD)(SN) |
| Defendant | |

IH-32

Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed   (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision.  Also, state whether there is an appeal pending.)

☑ Open   (If so, set forth procedural status and summarize any court rulings.)

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

Newly filed  action is the civil docket number for this firm's clients seeking to be related to the 03MDL1570 (GBD)(SN) filed by Plaintiffs' Executive Committee per Order of Judge Netburn dated May 3, 2017 (ECF No. # 3543).

Signature: _____ (RG 1890)   Date: 8-1-18

Firm: Gregory J. Cannata & Associates, LLP and The Jacob Fuchsberg Law Firm